IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MIGUEL CARO**                                                                                          **PLAINTIFF**

v.                                      **CASE NO. 4:22-CV-00754-BSM**

**JENNIFER KEENER,** *et al.*                                                              **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 16] is adopted. Miguel Caro's lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith, and it is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 22nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE