IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MIGUEL CARO**                                                                                          **PLAINTIFF**

v.                                      **CASE NO. 4:22-CV-00754-BSM**

**JENNIFER KEENER,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE